SEAN P. FLYNN  (SBN: 220184)
**GORDON REES SCULLY MANSUKHANI, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:  (775) 467-2610
Email:  sflynn@grsm.com

Attorneys For:  Defendants
WAKEFIELD & ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MITRE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WAKEFIELD & ASSOCIATES, LLC,<br><br>                    Defendants. | CASE NO.   1:22-cv-00884-BAM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Date: November 30, 2022<br>Time: 8:30 a.m. |

Having read and considered the Parties' Joint Motion to Continue Scheduling Conference, and there appearing to be good cause for same,

The Court hereby ORDERS:

The Scheduling Conference currently scheduled for November 30, 2022 at 8:30 a.m., is hereby continued to **December 7, 2022 at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.
IT IS SO ORDERED.

Dated:  **November 27, 2022**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

-1-