**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
David Mitre

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MITRE,**<br><br>Plaintiff,<br><br>v.<br><br>**WAKEFIELD AND ASSOCIATES, LLC,**<br><br>Defendant. | **Case No.:** 1:22-cv-00884-ADA-BAM<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL**<br><br>(DOC. 23)<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: MAY 17, 2023<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: JULY 7, 2023 |

///

///

///

[PROPOSED] ORDER

# ORDER

On April 26, 2023, Plaintiff David Mitre filed a Notice of Settlement. (Doc. 21.) On April 27, 2023, the Court ordered the parties to file appropriate dispositional documents no later than May 17, 2023, pursuant to Local Rule 160. (Doc. 22.) On May 9, 2023, the parties filed a joint stipulation to extend the time for parties to file for dismissal. (Doc. 23.) In the stipulation, the parties note that good cause exists for the proposed extension because they are still engaging in productive discussions to finalize the terms of the settlement agreement, and discussions would be hampered by the current filing deadline of the dismissal documents. (*Id.* at 2.)

Pursuant to the stipulation of the Parties and good cause appearing, the parties' joint stipulation to extend the time for parties to file for dismissal is GRANTED. The parties shall file documents disposing of the action **on or before July 7, 2023**.

IT IS SO ORDERED.

Dated: **May 20, 2023**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER