**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
David Mitre

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MITRE,**<br><br>         Plaintiff,<br><br>              v.<br><br>**WAKEFIELD AND ASSOCIATES, LLC,**<br><br>         Defendant. | **Case No.:** 1:22-cv-00884-ADA-BAM<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**<br><br>CURRENT DISMISSAL DOCUMENTS FILING DEADLINE: AUGUST 21, 2023<br><br>NEW DISMISSAL DOCUMENTS FILING DEADLINE: OCTOBER 20, 2023 |

///

///

///

///

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Harout Handian and Defendant Wakefield and Associates, LLC that:

1. On April 26, 2023, Plaintiff filed a Notice of Settlement.
2. On July 7, 2023, the Parties requested additional time to finalize the settlement agreement, and asked the Court to extend the deadline to file the appropriate dispositional documents to July 7, 2023.
3. The Parties have finalized the settlement agreement. However, due to unforeseen delays, no formal agreement has been signed yet by Defendant.
4. The Parties seek additional time to file the correct dispositional documents. Good cause exists for the proposed extension of this deadline because Plaintiff and Defendant both require additional time in order to fulfil their obligations to the settlement agreement.
5. The Parties request that the deadline for filing for dismissal be extended from August 21, to October 20, 2023.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | **THE CARDOZA LAW CORPORATION** |
| DATED:  August 21, 2023 | BY: /s/ Lauren B. Veggian |
|  | Lauren B. Veggian, Esq. |
|  | Angely C. Gaviola, Esq. |
|  | Attorneys for Plaintiff |
|  | David Mitre |
|  |  |
|  | **GORDON REES SCULLY MANSUKHANI, LLP** |
| DATED: August 21, 2023 | BY: /s/ Sean P. Flynn |
|  | Sean P. Flynn, Esq. |
|  | Attorney for Wakefield and Associates, LLC |

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE FOR DISMISSAL & [PROPOSED] ORDER**

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, the parties shall file for dismissal on or before October 20, 2023. The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:   **August 21, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER